IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LORI ANN KNIGHT,** | ) | **CASE NO. 4:08CV3208** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE, as** | ) | |
| **Commissioner of the Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Motion to Withdraw Transcript (Filing No. 6). The Defendant represents to the Court that the Plaintiff's Social Security Transcript was filed prematurely in this matter. The Court finds that the Defendant's motion should be construed as a Motion to Strike the Transcript. As construed by the Court, the Defendant's motion shall be granted. Accordingly,

IT IS ORDERED:

1. The Defendant's Motion to Withdraw Transcript (Filing No. 6), as construed by the Court, shall be granted;

2. The Clerk's Office shall strike the Transcript (Filing No. 5); and

3. The Plaintiff's Social Security Transcript shall be returned to the United States Attorney's Office.

Dated this 16th day of December, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge