## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LORI A. KNIGHT,** | ) | **CASE NO. 4:08CV3208** |
| **Plaintiff,** | ) | |
| v. | ) | **ORDER** |
| **MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Motion for Extension of Time to Respond to Plaintiff's Brief (Filing No. 16). The Defendant requests a continuance from June 15, 2009, until July 15, 2009.

IT IS ORDERED:

1. The Defendant's Motion for Extension of Time to Respond to Plaintiff's Brief (Filing No. 16) is granted;

2. The Defendant's response shall be filed on or before July 15, 2009; and

3. The case will be ripe for decision on July 16, 2009.

DATED this 15th day of June, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge