## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LORI A. KNIGHT,** | ) | **CASE NO. 4:08CV3208** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **MICHAEL J. ASTRUE,** | ) | |
| **COMMISSIONER, SOCIAL** | ) | |
| **SECURITY ADMINISTRATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the motion for attorney fees (Filing No. 21) filed by the Plaintiff, Lori A. Knight.  The motion is filed under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), and is supported by a brief and an itemization of services submitted by Plaintiff's attorney (Filing No. 23).  The Court also notes the response submitted by the Defendant, the Commissioner of Social Security, indicating that the Commissioner has no objection to the amount requested (Filing No. 24).

This Court entered Judgment reversing this matter and remanding the case for further proceedings under sentence four of 42 U.S.C. § 405(g).  Plaintiff's attorney filed a timely application for attorney fees and costs.  The total amount requested is $4,033.78 (23.2 hours at $173.87 per hour).  The Commissioner does not contest the requested amount.  After reviewing the record, the briefs, the affidavits, and the applicable law, the Court determines that the request is appropriate.

IT IS ORDERED:

1.    The Plaintiff's motion for attorney fees (Filing No. 21) is granted; and

2.    The Plaintiff is awarded an attorney fee in the amount of $4,033.78, payable to Glenn A. Murray, Plaintiff's attorney.

DATED this 10th day of November, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge